832

No. 00–9554. SWOYER v. REED. Sup. Ct. Pa. Certiorari denied.

No. 00–9568. HUSKEY v. DUNCAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–9581. MORKE v. GARRAGHTY, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 00–9596. EBERT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–9602. BAHYESVA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–9615. WILSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–9619. COBBS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–9633. NANCE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–9644. WHITELAW v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9645. BLACKWELL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–9708. FILES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–9713. RADIC v. FLAXMAN ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 00–9718. GABOW v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 00–9726. SWOYER v. EDGARS ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–9741. BAYOUD v. MIMS ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–9742. GRANT v. JUSTICE COURT ET AL. C. A. 9th Cir. Certiorari denied.